**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-468-860**

**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
December 01, 2025

## Title

    **Title of Work:** Rona Tats

## Completion/Publication

    **Year of Completion:** 2021
    **Date of 1st Publication:** February 03, 2021
    **Nation of 1st Publication:** United Kingdom

## Author

-     **Author:** Rona Springham
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Rona Springham
    7b Clarence Road, Southend-on-Sea, Essex, SS1 1AN, United Kingdom

## Certification

    **Name:** Daniel Lachman
    **Date:** July 08, 2025

    **Copyright Office notes:** Basis for Registration: Registration is based on the artwork. Copyright does not protect names, titles, short phrases, or slogans. 37 CFR 202.1.