# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Rona Springham v. The Partnerships and Unincorporated

Case Number: 26-cv-2761

An appearance is hereby filed by the undersigned as attorney for:

Rona Springham

Attorney name (type or print): David Gulbransen

Firm: Law Office of David Gulbransen

Street address: 805 Lake Street, Suite 172

City/State/Zip: Oak Park, IL 60301

Bar ID Number:
(See item 3 in instructions)

Telephone Number: 312-361-0825

Email Address: david@gulbransenlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/11/2026

Attorney signature: S/ David Gulbransen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023