**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Rona Springham

                                       Plaintiff,

v.                                              Case No.:
                                              1:26−cv−02761
                                              Honorable Thomas M.
                                              Durkin

Partnerships and unincorporated Associations
Identified in Schedule A

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's motions to seal and for leave to file excess pages [10] [11] are granted. Plaintiff's motion for temporary restraining order [7] is granted in part and denied in part. The requests for expedited discovery and electronic service are granted. However, the requests for a temporary restraining order and asset restraint are denied without prejudice. The complaint [1] and Plaintiff's declaration [8−2] fail to include facts sufficient to establish a prima facie case of loss of goodwill and reputation to a known brand recognizable by consumers which is necessary to demonstrate irreparable harm in this case. *See Delgado v. Schedule A,* 24−cv−11940, Dkt. 17 (N.D. Ill. Dec. 19, 2024). Plaintiff's statements that his images "are widely recognized and exclusively associated by consumers, the public, and the trade" are some evidence of loss of goodwill and reputation, but more objective evidence is necessary in order to grant an ex parte temporary restraining order. *See, e.g., Spin Master Ltd. v. The Partnerships etc. on Schedule A,* 24 C 3006, Dkt. # 16 (N.D. Ill. Apr. 17, 2024) (declaration containing allegations the Court found sufficient to establish irreparable harm from a copyright violation); *Peanuts Worldwide LLC v. The Partnerships etc. on Schedule A,* 24 C 8685, Dkt. # 17 (N.D. Ill Sept. 24, 2024 (same). If Plaintiff would like an order entered pertaining to expedited discovery and electronic service, he should submit a separate proposed order. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.