**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issu
Office in accordanc
attests that registra
identified below. T
been made a part o

## Title