AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Rona Springham<br>*Plaintiff(s)*<br>v.<br>The Partnerships and Unincorporated Associations Identified on Schedule A<br>*Defendant(s)* | ) | Civil Action No. 26-cv-2761 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* COZYEASE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Gulbransen
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

Date: April 13, 2026

Civil Action No. 26-cv-2761

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* COZYEASE

was received by me on *(date)* 04/13/2026 .

❐ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________________ ; or

✔ Other *(specify)*: Served via email to the email address provided by the ecommerce platform.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/13/2026

*Server's signature*

David Gulbransen, Attorney

*Printed name and title*

805 Lake Street, Suite 172
Oak Park, IL 60301

*Server's address*

Additional information regarding attempted service, etc: